**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

**v.**                         **CASE NO. 4:10CR00162-01 BSM**

**GLENROY CHARLES**                                                           **DEFENDANTS**

**ORDER**

       Defendant Glenroy Charles's motion for early termination of supervised release [Doc. No. 42] is denied. Although Charles has demonstrated general progress in meeting supervision objectives, termination is inappropriate and not in the interest of justice considering the serious nature of his previous arrests. This determination is based on a review of the record and on information provided by the U.S. Probation and Pretrial Services Office.

       IT IS SO ORDERED this 22nd day of July 2016.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE